UNITED STATES GOVERNMENT
# MEMORANDUM

RECEIVED

2007 OCT 24 A 9:58

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**DATE:** October 23, 2007

**TO:** Judge William Keith Watkins
United States District Judge
Middle District of Alabama

**REPLY TO ATTN OF:** Brad Brockett
U. S. Probation Officer
Dothan Office

**SUBJECT:** U.S.A. vs. SHORT, Hinton Lee
DKT. NO. 05-00006-001(Southern District of Alabama)
**TRANSFER OF JURISDICTION REQUEST**

(2:07CM1378-WKW)

## COURT HISTORY:

On August 25, 2005, Short was sentenced by the Honorable Callie V. S. Granade, Chief United States District Judge for the Southern District of Alabama, to 24 months imprisonment, followed by a five (5) year term of supervised release, following a conviction for Theft, Embezzlement or Misapplication of Funds or Credits by a Bank Employee. Short was ordered to pay restitution in the amount of $134, 929 at a rate not less than $100 per month upon release from prison.

## SUPERVISION HISTORY:

On April 6, 2007, Short began his term of supervised release while residing with his aunt in Opp, Alabama. Short has consistently submitted $100 restitution payments, and the current restitution balance is $133, 528.

Short was arrested on August 16. 2007, and charged with state parole violations. Officers from the Opp, Alabama Police Department stopped Short's vehicle due to pending state parole violations on August 16, 2007. A search of the vehicle was conducted, and the officers recovered four (4) Dilaudid tablets. Short was subsequently charged with Possession of Controlled Substance.

On August 30, 2007, a petition for Warrant or Summons for Offender Under Supervision was filed in the Southern District of Alabama. A warrant was issued, and placed as a detainer at the Covington County Jail where Short remains in custody.

**RECOMMENDATION**:

Due to the fact that Short has a pending felony charge along with state parole violations in our area, it is respectfully recommended that transfer of jurisdiction of this case be accepted. The Honorable Callie V. S. Granade, Chief United States District Judge for the Southern District of Alabama has signed Part One of the two attached forms, initiating the transfer process. If the court agrees to accept jurisdiction, please acknowledge by signing Part Two of both attached forms.

                                              Respectfully submitted,

                                              Brad Brockett
                                              United States Probation Officer

**Reviewed and Approved by:**

Robert A. Pitcher
Senior U.S. Probation Officer/OIC

                                              **APPROVED:**

                                              United States District Judge/Date

                                              **DISAPPROVED:**

                                              United States District Judge/Date

                                              **COMMENTS:**

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 05-00006-001 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Hinton Lee Short | Southern District of Alabama | Mobile |
| | NAME OF SENTENCING JUDGE | |
| | Callie V.S. Granade | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4-06-2007    TO 4-05-2012 |

OFFENSE

Theft, Embezzlement or Misapplication of Funds or Credits by a Bank Employee

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF ALABAMA"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_Oct. 11, 2007_    _Callie V.S. Granade_
Date                Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA (Dothan)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____    _____
Effective Date              United States District Judge